```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

DARRELL WAYNE WISE                                      PLAINTIFF

    v.                      No. 05-2132

MICHAEL OGLESBY;
LARRY CLARK; WAYNE
THOMPSON; BILLY RYAN;
TOMMY HUBBBARD; and
LEONARD LAWLER                                          DEFENDANTS

## ORDER

    Now on this 7th day of March 2007, there comes on for consideration the report and recommendation filed herein on February 16, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 41). No written objections to the report and recommendation were filed.

    The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the motion for summary judgment filed by Separate Defendants Tommy Hubbard and Leonard Lawler (Doc. 30) is GRANTED, and these Separate Defendants are DISMISSED.

    The motion for summary judgment filed by Separate Defendants Michael Oglesby, Larry Clark, Wayne Thompson and Billy Ryan (Doc. 26) is GRANTED IN PART AND DENIED IN PART. Specifically, the motion is GRANTED as to the following claims: (1) Plaintiff's claim that excessive force was used against him by Billy Ryan; and (2) Plaintiff's claim that he was denied an adequate grievance

procedure and/or access to legal materials or a law library.  The motion is DENIED with respect to Plaintiff's claim that he was denied adequate medical care.  Further, Plaintiff's claim that he was retaliated against for submitting grievances and/or requesting medical care remains.

    IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge

**AO72A**
**(Rev. 8/82)**