```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

DARRELL WAYNE WISE                                          PLAINTIFF

    v.                      No. 05-2132

MICHAEL OGLESBY;
LARRY CLARK; WAYNE
THOMPSON; BILLY RYAN;
TOMMY HUBBBARD; and
LEONARD LAWLER                                              DEFENDANTS

### ORDER

Now on this 11th day of June 2007, there comes on for consideration the report and recommendation filed herein on May 22, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 54). No written objections to the report and recommendation were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the motion for summary judgment filed by Plaintiff (Doc. 47) is DENIED.

IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge