```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

DARRELL WAYNE WISE                                      PLAINTIFF

    v.                    No. 05-2132

MICHAEL OGLESBY;
LARRY CLARK; WAYNE
THOMPSON and BILLY RYAN                                 DEFENDANTS

### ORDER

Now on this 14th day of August 2007, there comes on for consideration the report and recommendation filed herein on July 17, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Docs. 69). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion for leave to appeal IFP (Docs. 67-68) is DENIED. *See* 28 U.S.C. § 1915(a)(3). Plaintiff may renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit. *See* Fed. R. App. P. 24(a).

IT IS SO ORDERED.

                                  /s/ Robert T. Dawson
                                  Honorable Robert T. Dawson
                                  United States District Judge