IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARRELL WAYNE WISE                                                PLAINTIFF

    v.                              Civil No. 05-2132

MICHAEL OGLESBY;
LARRY CLARK; WAYNE
THOMPSON and BILL RYAN                                          DEFENDANTS

### ORDER

Now on this 14th day of February 2008, there comes on for consideration the report and recommendation filed herein on November 7, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 84). On November 30, 2007, the Court adopted the report and recommendation (Doc. 85). But on January 7, 2008, the Court granted Plaintiff's Motion to reconsider that ruling upon the filing of objections to the report and recommendation by Plaintiff. Plaintiff filed his objections on February 12, 2008, and, while untimely, the Court has considered them.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, judgment is entered in favor of Defendants, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**AO72A**
**(Rev. 8/82)**

       IT IS SO ORDERED.


                                   /s/ Robert T. Dawson
                                   Honorable Robert T. Dawson
                                   United States District Judge